UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
IN RE *EX PARTE* APPLICATION OF THE :
TIBERIUS GROUP AG FOR AN ORDER :
TO TAKE DISCOVERY PURSUANT TO 28 :
U.S.C. § 1782 : 19-MC-467 (VSB)
:
-----------------------------------------------------------X **ORDER**

VERNON S. BRODERICK, United States District Judge:

On November 6, 2019, I granted the application of Tiberius Group AG ("Applicant") leave to issue subpoenas in connection with an action pending before the High Court of Lagos State, Nigeria, pursuant to 28 U.S.C. § 1782. (Doc. 12.) On November 18, 2019, the defendants in the Nigerian action and other subjects of the proposed subpoenas (the "Objectors") filed a motion to quash the subpoenas along with supporting declarations, exhibits, and a memorandum of law. (Docs. 17–21.) Accordingly, it is hereby:

ORDERED that Applicants shall file any opposition to the Objectors' motion on or before December 13, 2019. Respondent shall file any reply in further support of its motion on or before December 27, 2019.

SO ORDERED.

Dated: November 19, 2019
New York, New York

Vernon S. Broderick
United States District Judge