# EXHIBIT B

| | |
|---|---|
| **From:** | Cryan, Michael S. |
| **To:** | Courtney E. Scott |
| **Cc:** | Charles B. Bergin; Rotstein, Jason; Feighery, Timothy J. |
| **Subject:** | MALCOMINES / TIBERIUS - UBS Production |
| **Date:** | Monday, April 13, 2020 9:14:44 AM |
| **Attachments:** | 2020-04-06 UBS Production Redacted.xlsx |

Courtney,

Pursuant to the Court's Protective Order dated April 2, 2020 (ECF No. 36, the "Protective Order"), Objectors hereby designate the following with respect to the production by UBS.

UBS produced one Excel spreadsheet on March 6, 2020. Objectors hereby designate rows 1-2 as Confidential-Attorney's Eyes Only (or "C-AEO"). We have attached in native format a copy of the UBS production marked in accordance with the designations set forth above: C-AEO information has been marked as C-AEO.

**Michael S. Cryan**
**Partner**

**Arent Fox LLP** | Attorneys at Law
1301 Avenue of the Americas, Floor 42
New York, NY 10019
212.484.3929  DIRECT | 212.484.3990  FAX
michael.cryan@arentfox.com | www.arentfox.com

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

| | |
|---|---|
| **From:** | Cryan, Michael S. |
| **To:** | Courtney E. Scott |
| **Cc:** | Charles B. Bergin; Rotstein, Jason; Feighery, Timothy J. |
| **Subject:** | MALCOMINES / TIBERIUS - BNY Mellon Production |
| **Date:** | Friday, April 17, 2020 4:22:27 PM |
| **Attachments:** | BNYM - Redacted Wires.xlsx |

Courtney,

Pursuant to the Court's Protective Order dated April 2, 2020 (ECF No. 36, the "Protective Order"), Objectors hereby designate the following with respect to the production by BNY Mellon.

BNY Mellon produced five Excel spreadsheets on April 10, 2020, labeled: Full Bliss Logistics with 4 rows; Malcomines Ltd. with 12 rows; Misel Babic with 3 rows; S M Pan African Mines with 17 rows; and West African Mineral Trading with 243 rows.

With respect to the Malcomines Ltd. spreadsheet, Objectors hereby designate rows 2-12 as Confidential-Attorney's Eyes Only (or "C-AEO").

With respect to the Misel Babic spreadsheet, Objectors hereby designate rows 2-3 as Confidential-Attorney's Eyes Only (or "C-AEO").

With respect to the S M Pan African Mines spreadsheet, Objectors hereby designate rows 2-17 as Confidential-Attorney's Eyes Only (or "C-AEO").

We have attached in native format a copy of the BNY Mellon production marked in accordance with the designations set forth above: C-AEO information has been marked as C-AEO, in the rows specified above in the attached native spreadsheets.


**Michael S. Cryan**
Partner

**Arent Fox LLP** | Attorneys at Law
1301 Avenue of the Americas, Floor 42
New York, NY 10019
212.484.3929   DIRECT | 212.484.3990   FAX
michael.cryan@arentfox.com | www.arentfox.com

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.