```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
IN RE:                                                :
                                                      :
EX PARTE APPLICATION OF TIBERIUS                      :      19-MC-467 (VSB)
GROUP AG,                                             :
                                                      :           **ORDER**
                    Applicant.                        :
                                                      :
------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

In light of the time elapsed since there has been activity in this action, the parties are ORDERED to file a joint letter, by July 14, 2021, regarding the status of this action and to explain whether this action need remain open.

SO ORDERED.

Dated: July 8, 2021
      New York, New York

                                                    Vernon S. Broderick
                                                    United States District Judge