UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                             :

  IN RE:                          :

                             :

  EX PARTE APPLICATION OF     :
  TIBERIUS GROUP AG,          :          19-mc-467 (VSB)
                      Applicant.,  :
                             :             **ORDER**
--------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       Plaintiff initiated this action on October 21, 2019.  (Doc. 6.)  On July 8, 2021, I ordered

the parties to file a joint letter regarding the status of this action.  (Doc. 39.)  On July 14, 2021,

the Applicant Tiberius Group AG ("Applicant") filed a letter requesting an additional two days

for the parties to submit a joint letter.  (Doc. 40.)  I granted the extension request (Doc. 42), and

on July 16, 2021, the Applicant and Malcomines Ltd., Malcomines GmbH, S&M Pan African

Mines & Logistics Ltd., Malcomines Minor Metals Ltd., Michel Babic, and Murtala Laushi

(together, the "Objectors") filed a joint letter. However, in this letter, Applicant requested that

the action remain open, whereas the Objectors stated that there was no need for the action to

remain open.  (Doc. 41.) Accordingly, it is hereby:

       ORDERED that, on or before August 23, 2022, the Parties file a joint letter regarding the

status of this action and to explain whether this action may be closed.

SO ORDERED.

Dated: August 17, 2022
      New York, New York

                                    Vernon S. Broderick
                                    United States District Judge